**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| BENJAMIN RUSSELL, | ) | 3:08-cv-00566-HDM-RAM |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER |
| vs. | ) | |
| | ) | |
| JOHN E. POTTER, Postmaster General of the United States Postal Service, the UNITED STATES POSTAL SERVICE, DUH FEN BLOOM, LILY GELLES, and MICHAEL MCCLURE, | ) ) ) ) ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

   Fed. R. Civ. P. 4(m) permits the court to dismiss an action, on its own initiative after notice to the plaintiff, for failure to serve a summons on a defendant within 120 days after filing the complaint.

   Plaintiff filed his complaint on November 18, 2008, but failed to properly serve all defendants. On March 26, 2009, the court gave plaintiff notice of its intent to dismiss the action for

1

1 | plaintiff's failure to timely and properly serve defendants. (#14)
2 | On April 1, 2009, defendant John E. Potter filed a motion to
3 | dismiss based on several grounds, including insufficiency of
4 | service. (#15)  On April 2, 2009, plaintiff requested additional
5 | time to serve defendants John E. Potter and Duh Fen Bloom. (#17)
6 |     The record reflects that none of the defendants in this action
7 | have been lawfully served in accordance with Fed. R. Civ. P. 4.
8 | Plaintiff has been given notice and ample opportunity to effectuate
9 | proper service on all defendants.  Plaintiff has not shown good
10 | cause to excuse the lack of service.  Accordingly, defendant John
11 | E. Potter's motion to dismiss is GRANTED and the case is dismissed
12 | as to all defendants.
13 |     IT IS SO ORDERED.
14 |     DATED: This 3rd day of June, 2009.

_____
UNITED STATES DISTRICT JUDGE