AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

\*\*\*\*\*       DISTRICT OF    NEVADA

BENJAMIN RUSSELL,

     Plaintiff,                                JUDGMENT IN A CIVIL CASE
V.
                                              CASE NUMBER: **3:08-CV-00566-HDM-RAM**

JOHN E. POTTER, Postmaster
General of the United States Postal
Service, the UNITED STATES
POSTAL SERVICE, DUH FEN
BLOOM, LILY GELLES, and
MICHAEL MCCLURE,

     Defendants.

☐   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐   **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

X   **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

     **IT IS ORDERED AND ADJUDGED** that defendant John E. Potter's motion to dismiss (#15) is GRANTED and the case is dismissed as to all defendants.

   June 3, 2009                                                                 **LANCE S. WILSON**
                                                                                                   Clerk

                                                                                             /s/ D. R. Morgan
                                                                                             Deputy Clerk